UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEROLOS GERGAWI,<br><br>                            Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; SIDNEY AKI; TODD LYONS; KRISTI NOEM; PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                            Respondents. | Case No.: 3:25-cv-3352-JES-MMP<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING AND EVIDENCE** |

     Before the Court is Petitioner Kerolo Gergawi's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondents submitted a return to the petition and Petitioner filed a traverse. ECF Nos. 5, 6.

     Petitioner alleges in his petition that he was apprehended initially when he appeared at the border on April 12, 2014, but that on April 13, 2024, "after a determination he was not a flight risk or a danger, he was released into the United States on his own recognizance." ECF No. 1 ¶ 41. In Respondents return, they corroborate that Petitioner arrived without permission on April 12, 2024, and that he was not admitted or paroled on

that date. ECF No. 5 at 2. The Notice to Appear they include, dated April 12, 2024, also states that "[y]ou were not then admitted or paroled after inspection by an Immigration Officer." ECF No. 5-1, Ex 1. None of the remainder of the documents submitted by Respondents in their return makes mention of any subsequent parole or release of Petitioner into the United States. *See* generally ECF No. 5-1.

Thus, as it stands, outside of Petitioner's allegation in his petition, the record is devoid of evidence supporting that Petitioner was granted parole into the United States. On the other hand, it does not appear in dispute that Petitioner was not in detention at the time that he appeared at the immigration court hearing on June 30, 2025. Accordingly, the Court seeks clarification from the parties regarding Petitioner's release from detention on or around April 13, 2024, and **ORDERS** the parties to submit any additional evidence and/or briefing on this issue by no later than **December 15, 2025**.

**IT IS SO ORDERED.**

Dated: December 11, 2025

Honorable James E. Simmons Jr.
United States District Judge